UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| BOB K. WATSON, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos: | 3:01-CR-55 / 3:08-CV-522 |
| | ) | | 3:01-CR-71 / 3:08-CV-523 |
| UNITED STATES OF AMERICA, | ) | | (VARLAN/SHIRLEY) |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed in forma pauperis on appeal. In addition, petitioner's motion to withdraw his guilty plea is **DENIED**, his motion to return property is **DENIED**, and all other pending motions are **DENIED** as **MOOT**.

**E N T E R :**

                s/ Thomas A. Varlan
                UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ Patricia L. McNutt
  CLERK OF COURT